# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. _____

VAL SKLAROV, individually

    Plaintiff,

vs.

CO-DIAGNOSTICS, INC., a Utah corporation.

    Defendant.
_____/

**DECLARATION OF REED L. BENSON IN SUPPORT OF**
**CO-DIAGNOSTICS, INC.'S NOTICE OF REMOVAL**

I, Reed L Benson, declare as follows:

1. I am the Chief Financial Officer and Secretary of Co-Diagnostics, Inc. ("CDI"), the defendant in this action. I am over the age of 21 and have personal knowledge of the following matters.

2. CDI was incorporated under the laws of the State of Utah on or about April 18, 2013. It has always been a Utah corporation with its principal place of business / headquarters in Salt Lake City, Utah. CDI is publicly traded on the Nasdaq exchange under the ticker symbol CODX. CDI does not maintain an office in the State of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 2/29/2020

_____
Reed L. Benson