**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-60461-RAR**

**VAL SKLAROV,**

     Plaintiff,

v.

**CO-DIAGNOSTICS, INC.,**

     Defendant.

_____/

### ATTORNEY'S AFFIDAVIT IN RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff, Val Sklarov, hereby responds to Judge's Order of April 7, 2020 to Show Cause why Defendant's motion should not be granted by default and why Plaintiff failed to file a timely response.

Pursuant to Local Rule 7.1(c)(1), Plaintiff acknowledges that a timely response to Defendant's Motion was to be filed by March 23, 2020; however, given the unprecedented nature of the current Covid-19 situation, Plaintiff requests that this Court deny a default judgement to Defendant's Motion despite Plaintiff's lack of response. Throughout this ongoing global crisis, Plaintiff has been overseas and directed not to travel given his underlying health issues. As such, Plaintiff has experienced a continued delay in his ability to effectively and frequently communicate with Counsel regarding this case given the order to remain at home to diminish exposure to the virus. As such, Plaintiff was unable to adequately respond to Defendant's 12(b)(6) Motion in a timely manner.

Further, given this lack of proper communication between Plaintiff and Plaintiff's Counsel, Plaintiff seeks a dismissal without prejudice in this matter. As this is an unprecedented crisis,

Plaintiff will likely be unable to effectively and frequently communicate with Counsel for an unforeseeable amount of time in the near future.  Plaintiff has approached the topic of an agreed upon order with Opposing Counsel; however, Opposing Counsel is unwilling to agree to an order of that nature. Therefore, given the aforementioned facts, Plaintiff seeks a dismissal without prejudice as to not abridge or waive any potential rights to damages that Plaintiff may wish to pursue in the future.

WHEREFORE, for all the reasons set forth above, Plaintiff respectfully moves this Court to deny a default judgement to Defendant's 12(b)(6) Motion as well as order a dismissal without prejudice in this matter.

April 9, 2020                                                         Respectfully submitted,


                                                                     ___/s/ Jaitegh Singh_____

                                                                     Jaitegh Singh, Esq. #100800
                                                                     Attorney for Plaintiffs
                                                                     Singh Law Firm, P.A.
                                                                     6610 N. University Dr.
                                                                     Suite 220
                                                                     Ft. Lauderdale, FL, 33321
                                                                     212-687-2578
                                                                     jt@jtsinghlaw.com

## <u>Certificate of Service</u>

I HEREBY CERTIFY that on this 9th day of April, 2020, a true and correct copy of the foregoing was served via the FLSD CM/ECF Portal upon Counsel for the Defendant.


_____/s/ Jaitegh Singh_____
Signature of Filer