**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-60461-RAR**

**VAL SKLAROV,**

    Plaintiff,

v.

**CO-DIAGNOSTICS, INC.,**

    Defendant.

_____/

**ORDER DISMISSING CASE**

**THIS CAUSE** comes before the Court on Plaintiff's Motion for Voluntary Dismissal [ECF No. 15] ("Motion"), entered on April 11, 2020.  Being fully advised, it is

**ORDERED** that the Motion [ECF No. 15] is **GRANTED**.  The above-styled case is **DISMISSED without prejudice**.  The Clerk is directed to **CLOSE** the case.  Any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 14th day of April, 2020.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**